# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1366
Lower Tribunal No. 2015-CF-001649

_____

ROLAND L. DIXON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Cassandra L. Denmark, Judge.

July 21, 2026

PER CURIAM.

   AFFIRMED.

NARDELLA, MIZE and BROWNLEE, JJ., concur.


Roland L. Dixon, Miami, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED